

# NUMBER 13-12-00670-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**WILLIE MICHAEL MWACHANDE,**                                              **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                              **Appellee.**

### On appeal from the 372nd District Court of Tarrant County, Texas.

# ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

This Court has received the appellate record in the above-styled cause. State's Exhibit No. 29, a DVD-R recording of appellant's interview with the Fort Worth Police Department, is not included therein. Accordingly, the clerk of the trial court is hereby ORDERED to forward State's Exhibit No. 29, admitted at trial in trial court cause number 1262338D, to this Court within FIFTEEN days from the date of this order. *See*

TEX. R. APP. P. 34.6(g)(2) ("On any party's motion or its own initiative, the appellate court may direct the trial court clerk to sent it any original exhibit.").

IT IS SO ORDERED.

PER CURIAM

Do Not Publish.
TEX. R. APP. P. 47.2(b)
Delivered and filed the
20th day of December, 2013.